STATE OF MONTANA,

Plaintiff,                                NO. DC- 92-23

VS.                                           DECISION

WENDELL ODELL GRAY,

Defendant.

On July 23, 1992, the Defendant was sentenced to fifteen (15) years for Robbery. Credit is given for 186 days time served and any additional time served awaiting transportation to Montana State Prison. The defendant is dangerous and ineligible for parole for the entire 15 years.

On November 19, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was represented by Marty Lambert, Gallatin Deputy County Attorney.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 19th day of November, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, Member and Hon. Robert Boyd, Alternate Member.**

The Sentence Review Board wishes to thank Mr. Gray for appearing pro se and would also like to thank Marty Lambert for appearing on behalf of the State of Montana.